**Order filed December 5, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-01081-CR
_____

**WILLIE  ROBERT  SCOTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1509581**

## ORDER

Appellant is represented by appointed counsel, Marcus J. Fleming. Appellant's brief was originally due May 8, 2019**.** The last extension requested was granted until November 1, 2019. As of this date, no brief has been filed.

Accordingly, we order Marcus J. Fleming to file a brief with the clerk of this court on or before **December 30, 2019**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the

trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.


PER CURIAM


Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.